FRANCIS M. VERRILLI, Liquidating Partner of FRATELLI VERRILLI, a Bondholder of AMERICAN DEPARTMENT STORES CORPORATION OF PENNSYLVANIA, on

His Own Behalf and on Behalf of All Others Similarly Situated, v. AMERICAN DEPARTMENT STORES CORPORATION OF PENNSYLVANIA and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.